DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PATTYE ANNE D'AVAZNA, personal representative of the
Estate of Roy Lester Pippin, Sr., a/k/a Roy L. Pippin, Sr.,

Appellant,

v.

CHRISTINA GUZMAN,

Appellee.

No. 2D22-2544

_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Monique M.
Scott, Judge.

Bruce J. Sperry and Benjamin C. Sperry of Sperry Law Firm, Plant City,
for Appellant.

No appearance for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.